IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> MARIT KAFURKE, FRANK ASTHEIMER, YOVANKA MIRICH, and JAN WROBEL, <br><br> Defendants. | Civil Action No. 3:15-cv-200 |

**THIS MATTER** comes before the Clerk of Court on the Receiver's Motion for Default Judgment by Clerk of Court. *See* Doc. No. 14. The Clerk of Court previously entered default against Defendant Yovanka Mirich ("Defendant Mirich") on January 6, 2016. *See* Doc. No. 12. In accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff in this matter has requested a sum certain and has provided an affidavit showing the amount due by Defendant Mirich.

**IT IS, THEREFORE, ORDERED** that the Receiver's Motion for Default Judgment by Clerk of Court is GRANTED, and the Receiver shall have and recover of Defendant Mirich the sum of $75,315.67, which is comprised of $58,905.93 in principal and $16,409.74 in prejudgment interest from August 6, 2012 to January 29, 2016. Postjudgment interest shall accrue on the entire Judgment, including the award of prejudgment interest, at the rate specified under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

Signed: February 2, 2016

_____
Frank G. Johns, Clerk
United States District Court